UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHANA MORMAN, | ) | Case No. 1:18 CV 490 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| REVENUE GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been settled and dismissed with prejudice. Counsel may file any additional documentation within 30 days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __May 17, 2018____